

FILED

01/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0553

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0553

MIKI ADAMS,

    Petitioner and Appellee,

v.

DIRK ADAMS,

    Respondent and Appellant,

FILED

JAN 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

This Court reviews briefs to ensure compliance with Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed on January 9, 2023, this Court has determined that the brief does not comply with Rule 10(3) and must be supplemented as provided below.

Pursuant to M. R. App. P. 10(2), appellants must properly serve the required files to all involved parties. "Service may be made personally or by mail." Appellant Dirk Adam's Opening Brief indicates that service to opposing counsel was made only by email. Therefore,

IT IS ORDERED that the Appellant shall file with the Clerk of this Court and serve a copy upon all parties of record, a certificate of service indicating that a copy of his brief has been served upon opposing counsel personally or by mail;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the certificate of service.

The Clerk of this Court is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 11th day of January, 2023.

For the Court,

By _____

Justice